UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 17-cv-60801-BLOOM/Valle**

MARYANN FIORENTINO,
*individually and on behalf of all
others similarly situated,*

    Plaintiff,

v.

FINANCIAL RECOVERY SERVICES, INC,

    Defendant.
_____/

**FINAL ORDER OF DISMISSAL**

**THIS CAUSE** is before the Court upon the parties' Joint Stipulation for Dismissal with Prejudice ("Stipulation"), ECF No. [36]. The Court having considered the Stipulation and being otherwise duly informed therein, it is

**ORDERED AND ADJUDGED** that the parties' Stipulation, **ECF No. [36]**, is **APPROVED and ADOPTED**, and the matter is **DISMISSED WITH PREJUDICE.** Each party shall bear its own attorney's fees and costs. To the extent not otherwise disposed of, all pending motions are **DENIED** as moot, and all pending deadlines are **VACATED**. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Miami, Florida, this 16th day of January, 2018.

_____
**BETH BLOOM
UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record